UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-01183-CJC(MLGx)        Date: August 6, 2012

Title: TANWIR SORATHIA v. AURORA BANK, FSB, ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM**

      Plaintiff filed this action against Defendants asserting four causes of action sounding in fraud, relating to the non-judicial foreclosure process initiated on Plaintiff's property. Based upon a review of the complaint, it appears that Plaintiff's claims fail to state a claim because they are inadequately pled pursuant to Federal Rules of Civil Procedure 8 and 9. Accordingly, the Court orders Plaintiff to show cause why this case should not be dismissed for failure to allege any cognizable claim. Plaintiff shall file an opposition to the Court's order to show cause by August 20, 2012. Defendants shall then have until August 27, 2012 to file a response. This matter will be decided on the papers without any hearing.

jsk

MINUTES FORM 11
CIVIL-GEN                                                                                    Initials of Deputy Clerk MU